IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN ADAMS,<br><br>             Plaintiff,<br><br>      vs.<br><br>UNIVERSITY OF NEBRASKA<br>MEDICAL CENTER, DR. AIZENBERG,<br><br>             Defendants. | 8:13CV19<br><br>MEMORANDUM AND ORDER |

Pursuant to the order issued in this case on July 26, 2013, regarding service of Plaintiff's complaint, (Filing No. 26), the plaintiff was to serve his complaint on the defendant within 120 days of July 26, 2013. To date, plaintiff has not filed any return of service indicating service on the defendant, and the defendant has not entered a voluntary appearance.

Accordingly,

IT IS ORDERED:

1) The plaintiff is given 30 days, or until January 10, 2014, to serve his summons and complaint on the defendant, in the absence of which this case may be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution.

2) The clerk shall set a case management deadline of January 17, 2014 to verify compliance with this order.

Dated this 11th day of December, 2013.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge