IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN ADAMS,<br><br>      Plaintiff,<br><br> vs.<br><br>UNIVERSITY OF NEBRASKA MEDICAL CENTER, DR. AIZENBERG,<br><br>      Defendants. | 8:13CV19<br><br>FINDINGS AND RECOMMENDATION |

  Based on the court's record, the plaintiff's complaint, filed on January 14, 2013, has not been served on the defendant and the defendant has not voluntarily appeared. Plaintiff was originally allowed until November 25, 2013 to serve the defendant. (Filing No. 9). He did not do so. The court extended the service deadline until January 30, 2014 and the plaintiff was warned that failure to perfect service on the defendant might result in the case being dismissed without further notice. (Filing No. 11). That order was returned as undeliverable and the plaintiff has not provided the court with a current address. The plaintiff has not communicated with the court since June 11, 2013.

  Accordingly,

  IT IS RECOMMENDED to the Honorable Richard G. Kopf, United States District Judge, pursuant to 28 U.S.C. § 636(b), that plaintiff's complaint be dismissed for want of prosecution.

  The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

  Dated this 7th day of March, 2014.

                     BY THE COURT:

                     *s/ Cheryl R. Zwart*
                     United States Magistrate Judge