IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN ADAMS, | ) | 8:13CV19 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| UNIVERSITY OF NEBRASKA | ) | |
| MEDICAL CENTER, and DR. | ) | |
| AIZENBERG, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Magistrate Judge Zwart's findings and recommendation. (Filing 13.) Plaintiff did not file a statement of objections. (*See* Docket Sheet.) The magistrate recommends that Plaintiff's Complaint be dismissed for want of prosecution. (Filing 13.)

I have conducted a de novo review of the record. I find that inasmuch as the magistrate judge has fully, carefully, and correctly found the facts and applied the law, the magistrate judge's findings and recommendation should be adopted.

Accordingly,

IT IS ORDERED that:

1. The magistrate judge's findings and recommendation (filing 13) is adopted.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 28th day of April, 2014.

                                        BY THE COURT:

                                        *Richard G. Kopf*
                                        Senior United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.